# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   PHYLLIS S. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-1010-W |
| | ) | |
| 1.   AMERICAN CANCER SOCIETY, INC., | ) ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Phyllis S. Moore, hereby stipulates with the Defendant, American Cancer Society, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 7th DAY OF NOVEMBER, 2017.**

s/ Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele: 405-239-3800  Fax: 405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

s/ Elaine R. Turner
(Signed with permission)
Elaine R. Turner, OBA #13082
Nathaniel T. Haskins, OBA #22585
**HALL, ESTILL, HARDWICK,**
   **GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Tele: 405-553-2828      Fax: 405-553-2855
eturner@hallestill.com
nhaskins@hallestill.com
*Counsel for Defendant*
